LAW OFFICE OF RICCI & SPROULS
Attorneys at Law
350 Sansome Street, Ste. 210
San Francisco, California 94104
Tel (415)391-2100   Fax (415)391-4678
Frank P. Sprouls
Attorney for Petitioner

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luis Alberto Rodriguez-Pillardo<br>Plaintiff<br><br>v.<br><br>William Barr,<br>US Attorney General<br>Defendant | **ORDER ON MOTION TO VOLUNTARILY DISMISS**<br><br>3:20-cv-05193-TSH |

Petitioner's motion to voluntarily dismiss the above referenced case is hereby GRANTED.

IT IS SO ORDERED.

Dated: August 25, 2020

_____
THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

---

ORDER on Motion to Voluntarily Dismiss – Pillardo–Rodriguez v. Barr, 3:20-cv-05193 TSH

1